The People of the State of Illinois, defendant in error, v. Joseph Grivetti, plaintiff in error. Gen. No. 8,112.

Opinion filed January 3, 1930.

D. T. Smiley, for plaintiff in error. V. S. Lumley, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

Harry B. Brown, administrator of the estate of Catherine Brown, deceased, appellee, v. The Chicago, Rock Island & Pacific Railway Company, appellant. Gen. No. 8,079.

Opinion filed January 20, 1930.

Hibbs & Pool, for appellant; Daniel Taylor, of counsel. Butters & Butters, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Fred J. Braid, administrator of the estate of Glen L. Braid, deceased, appellee, v. Osborne Oil Company, appellant. Gen. No. 8,142.

Opinion filed January 20, 1930.

Knight & Swenson, for appellant; James A. Penny, of counsel. William L. Pierce, Lisle W. Menzimer and Fred H. Smith, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Lena Gill, appellee, v. North American Union, appellant. Gen. No. 8,057.

Opinion filed January 25, 1930.

Brannan, Maloney & Wooster and James W. Carney, for appellant. Marsh, Lewis & Thompson, for appellee.

Mr. Justice Jett delivered the opinion of the court.